IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BELINDA A. MCGRUDER,

    Plaintiff,

v.                                             CASE NO. 1:02-cv-00096-MP-AK

JO ANNE B. BARNHART,

    Defendant.

_____/

## **AMENDED ORDER**

This matter is before the Court on Doc. 43, this Court's previous order granting counsel for plaintiff's motion for fees, Doc. 33. The "Ordered and Adjudged" section of that order is hereby amended to read as follows:

**ORDERED AND ADJUDGED:**

1.    Counsel's motion for fees (Doc. 33) is granted, and fees in the amount of $11,590.65 are hereby awarded to plaintiff's counsel. This amount reflects the remaining fees due to counsel under the contingency fee agreement between Plaintiff and counsel, with a deductions made for the $2,310.63 in fees already received, as well a $909 deduction due to delay by counsel. From this award, counsel for Plaintiff is required to refund directly to Plaintiff the $2,595.54 in E.A.J.A. fees already received.

**DONE AND ORDERED** this  *3rd* day of March, 2006

                                       *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge